David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff Paul Browning*

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| PAUL LEWIS BROWNING, | Case No. 2:20-CV-01381 KJD-VCF |
|---|---|
| Plaintiff, | **Stipulation to Extend Time to Serve Defendants** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT *et al.*, | Hon. Kent J. Dawson<br>Hon. Cam Ferenbach, Mag. |
| Defendants. | |

## BACKGROUND

1. Plaintiff filed this civil rights lawsuit on July 24, 2020 naming as defendants the Las Vegas Metropolitan Police Department and a number of Las Vegas Metropolitan Police Department employees and officers Dkt. 1.

- 1 -
**Stipulation to Extend Time to Serve Defendants**

2. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was obligated to serve the named defendants within 90 days of initiating the lawsuit.

3. Plaintiff has been diligent in seeking service of the Defendants, including by reaching out to defense counsel for LVMPD and some of the defendants before counsel even filed an appearance in the case.

4. To date, Defendants Las Vegas Metropolitan Department, Horn, Radcliffe, Jergovic, Branon, Jolley, Bunker, and Leonard have been timely served. ECF 23.

5. Plaintiff has tried extensively to serve Defendants Curt Albert and Gary Caldwell, including reaching contacts for them in multiple States in the United States, including in Nevada, North Carolina, and Utah. Process servers are actively seeking locate and serve Defendant Albert in Utah (who Plaintiff now believes is in Cedar City after failing to locate him in Henderson, NV and in Panguitch, UT). Process servers are also actively seeking to locate and serve and Defendant Caldwell who Plaintiff believes has relocated to Illinois (after failing to locate him in Nevada and then in North Carolina). Additionally, Plaintiff has been unable to locate Defendant Thornton.

6. Upon information and belief, Defendants Conner, Levos, Oren, Rosen, and Robertson are deceased. Plaintiff requires additional time to evaluate the best method for serving the deceased Defendants under Nevada Law, including by

**Stipulation to Extend Time to Serve Defendants**

investigating whether these Defendants have Estate's or other entities that should be named in their stead.

7. Despite Plaintiff's diligent efforts, Plaintiff requires an additional sixty days to complete service so that he may (a) continue to investigate contact information for the defendants; and (b) investigate whether the (apparently) deceased defendants have open estates and determine whether to file a motion to appoint a special representative to defend the case on the deceased defendants' behalf.

8. In addition, the coronavirus outbreak and the resulting shelter-in-place orders for some Nevada communities limit Plaintiff's ability to effect service in the near future.

## STIPULATION

Accordingly, Plaintiff Paul Lewis Browning and Defendants Las Vegas Metropolitan Police Department, Horn, Radcliffe, Jergovic, Branon, Jolley, Bunker, and Leonard through counsel, hereby stipulate as follows:

1. The time for Plaintiff to serve all defendants who have not yet been served under Fed. R. Civ. P. 4(m) shall be extended up to and including December 13, 2020.

Dated: October 20, 2020                    Respectfully submitted,

**Loevy & Loevy**

By: *s/ David B. Owens*
Attorney for Plaintiff Paul Browning

                    **Marquis Aurbach Coffing**

By: *s/ Craig R. Anderson*
Bar No: 6882
Attorney for Defendants and Defendants Las Vegas Metropolitan Police Department, Horn, Radcliffe, Branon, Jolley, Bunker, and Leonard

## **CERTIFICATE OF SERVICE**

I, David B. Owens, an attorney, hereby certify that on October 20, 2020, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                    *s/ David B. Owens*
                    Attorney for Plaintiff Paul Browning

David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff Paul Browning*

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

| PAUL LEWIS BROWNING,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT *et al.*,<br><br>Defendants. | Case No. 2:20-CV-01381-KJD-VCF<br><br>**Order Entering Stipulation to Extend Time to Serve Defendants**<br><br>Hon. Kent J. Dawson<br>Hon. Cam Ferenbach |
|---|---|

Having reviewed the parties' Stipulation to Extend Time to Serve Defendants, and good cause appearing therefore, it is hereby ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 4(m), the time for Plaintiff to serve all defendants who have not yet been served is hereby extended to and including December 13, 2020.

Dated: October 23, 2020

_____
Cam Ferenbach
United States Magistrate Judge

- 1 -

**[Proposed] Order Entering Stipulation to Extend Time to Serve Defendants**     Case No. 2:20-CV-01381