**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PAUL LEWIS BROWNING,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | 2:20-cv-01381-KJD-VCF<br><br>**<u>ORDER</u>** |

  Before the court is *Paul Lewis Browning v. Las Vegas Metropolitan Police Department, et al.,* case number 2:20-cv-01381-KJD-VCF.

  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

  Accordingly,

  IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before December 21, 2020.

  DATED this 7th day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE