David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff Paul Browning*

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

| PAUL LEWIS BROWNING, | Case No. 2:20-CV-01381-KJD-VCF |
|---|---|
| Plaintiff, | Hon. Kent J. Dawson |
| | Hon. Cam Ferenbach |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT *et al.*, | **STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY AND CASE DEADLINES** |
| Defendants. | |
| | (First Request) |

COMES NOW Plaintiff, Bettie Browning, Administrator of the Estate of Paul Browning, and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree that the discovery schedule set out in the Scheduling order (Dkt. 33), should be extended as follows:

1

1.    This is the parties' first request of the Discovery Schedule.

2.    The same undersigned counsel have been actively litigating *Lobato v. Las Vegas Metropolitan Police Department*, 19CV1273-RFB-EJY (D. Nevada), where extensive written and oral discovery has just completed, as well as *Farah v. Las Vegas Metropolitan Police Department,* 20CV604-RFB-VCF (D. Nevada),  which remains in the midst of active discovery.

3.    Plaintiff was diligent in seeking service of the Individually-named defendants; a process that proved difficult, as some are deceased. *See* Dkts, 27, 28, 29 & 30.

4.    Due to several personal/family issues for Plaintiff's counsel, other litigation, and complications due to the COVID-19 pandemic for Plaintiff's counsel (including the need to travel hours in-person to obtain approximately 40-50 boxes of documents from Plaintiff's prior defense counsel), significant discovery in this matter has yet to be completed. Defense counsel has accommodated Plaintiff's counsel's requests for additional time to pursue discovery.

5.    This Court entered a Discovery Plan and Scheduling Order on December 22, 2020. Dkt. 33.

6.    Significant discovery in this matter—which concerns Plaintiff's conviction for crimes of which he spent more than 30 years imprisoned on death row—were acquiring documents from defense counsel. Given  the nature of capital litigation, and the extensive post-conviction proceedings, these records were voluminous, though Plaintiff's counsel worked to obtain them (pandemic notwithstanding) in the fall and winter of 2020 into January 2021.

7.    Tragically, soon after discovery was set to begin in earnest—and Plaintiff's counsel had finally acquired the aforementioned boxes in February 2021—Paul Browning passed away in North Carolina on March 23, 2021.

8.    Thereafter, Plaintiff's counsel set out the process of establishing a state and having an administrator appointed; a process slowed by the fact that the

1  North Carolina probate court was still unopen due to the pandemic in March of

2  2021.

3      9.      On June 2, 2021, Bettie Browning was named administrator of the

4  Estate of Plaintiff Paul Lewis Browning, and a notification of Plaintiff's Death and

5  Motion seeking substitution of Plaintiff were filed on June 9, 2021.

6      10.     For these reasons, the parties agree that good cause exists to

7  substantially extend all of the deadlines in this matter as follows:

8      **Discovery Cutoff**: from August 16, 2021 to February 16, 2022

9      **Deadline for amending pleadings or adding parties:** May 18, 2021 to

10 August 18, 2021                                          December 20, 2021

11     **Dates for complete disclosure of expert discovery:** initial disclosures 60

12 days before the discovery cutoff, and rebuttal experts 30 days after the initial

13 disclosures.    January 19, 2022

14     **Deadline for the filing of dispositive motions**: 30 days after the

15 discovery cut-off, March 18, 2022.

16     **Joint pretrial order**: 30 days after the dispositive motion deadline, or April

17 17, 2022, though, pursuant to local rule, if a dispositive motion is filed, a joint

18 pretrial order is due within 30 days if this Court's ruling on such a motion.

19

20                                      Respectfully submitted,

21                                      **Loevy & Loevy**
                                        /s/ David B. Owens
22                                      Attorney for Plaintiff Paul Browning

23
    IT IS SO ORDERED.                   **Marquis Aurbach Coffing**
24                                      /s/ Craig R. Anderson
                                        Bar No.: 6882
25                                      Attorney for Defendants and
    _____    Defendants Las Vegas Metropolitan
26                                      Police Department, Horn, Radcliffe,
    Cam Ferenbach                       Branon, Jolley, Bunker, and Leonard
27  United States Magistrate Judge

28
        June 14, 2021
    Dated:_____

                                    3

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*
David B. Owens
LOEVY & LOEVY
100 S. King Street, #100
Seattle, WA 98104
david@loevy.com
*Counsel for Plaintiff Paul Browning*

## Certificate of Service

I, David B. Owens, an attorney, certify the foregoing was filed on June 11, 2021 via the Court's electronic filing system, which effected service on all counsel of record.

/s/ David B. Owens