**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

PAUL LEWIS BROWNING,

                    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.*,

                    Defendants.

2:20-cv-01381-KJD-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Substitute the Estate of Paul Browning for Plaintiff Paul Browning (ECF No. 36). Defendants LVMPD, LT. Jolley, Det. Bunker, Det. Leonard, Ofc Brandon, Ofc Radcliff, and David Horn filed a notice of non-opposition to Plaintiff's motion to substitute. (ECF No. 41).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute the Estate of Paul Browning for Plaintiff Paul Browning (ECF No. 36) is GRANTED.

DATED this 28th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE