David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
*Counsel for Plaintiff Paul Browning*

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA (LAS VEGAS)

| PAUL LEWIS BROWNING,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>Defendants. | Case No. 2:20-CV-01381<br><br>Hon. Kent J. Dawson<br>Hon. Cam Ferenbach<br><br>**NOTICE OF CHANGE OF ADDRESS** |
|---|---|

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective February 1, 2022, Loevy & Loevy will have relocated its Seattle office to the address provided below:

1

Loevy & Loevy c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110

PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and email addresses remain the same.

All notices and other documents regarding this action should be sent to the above address as of February 1, 2022.

Dated: February 2, 2022

*/s/David B. Owens*
*Attorney for Plaintiff*

<u>Certificate of Service</u>

I, David B. Owens, an attorney, certify the foregoing was filed on February 2, 2022, via the Court's electronic filing system, which effected service on all counsel of record.

<u>/s/ David B. Owens</u>