UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE ESTATE OF PAUL BROWNING, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, <br><br>   Defendants. | Case No. 2:20-cv-01381-KJD-VCF <br><br> **ORDER** |

    The First Amended Complaint in this action was filed on June 29, 2021. (ECF #43). On January 18, 2022, the Court gave the parties notice of its intent to dismiss because no proof of service had been filed as to Defendants Thornton, John Connor, F. Jergovic, C. Albert, T. Rosen, H. Oren, Bert Levos, Gary Caldwell, and R. Robertson. (ECF #51). The Court notified Plaintiffs that if proof of service was not filed with the clerk by February 17, 2022, the Court would enter an order of dismissal pursuant to Federal Rule of Civil Procedure 4(m). Id. No proof has been filed and the deadline has passed.

    Accordingly, IT IS HEREBY ORDERED that the action is **DISMISSED** without prejudice as to Defendants Thornton, John Connor, F. Jergovic, C. Albert, T. Rosen, H. Oren, Bert Levos, Gary Caldwell, and R. Robertson.

Dated this 28th day of February, 2022.

Kent J. Dawson
United States District Judge