David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
Counsel for Plaintiff Paul Browning

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
Designated Resident Nevada Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| BROWNING,<br><br>Plaintiff,<br><br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>Defendants. | Case No. 2:20-CV-01381-KJD-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO DISPOSITIVE MOTION**<br><br>(First Request) |

    Now comes Betty Browning, Administrator of the Estate of Paul Browning, and Defendants, by and through their respective undersigned counsel, hereby and stipulate and agree that the response deadline for Plaintiff's response to Defendants' motion for summary judgment should be extended, and state as follows:

    1.    Defendants filed a 54-page motion for summary judgment on January 6, 2023. Dkt. 61.

1

2.     Under the Local Rules, Plaintiff's response to the motion is due on January 27, 2023. LR 7-2(b).

3.     Plaintiff requests that the deadline for the response to the motion be extended to March 10, 2023.

4.     Good cause exists for granting this extension of time, including the extensive length and nature of the dispositive motion itself. In addition, Plaintiff's counsel have other obligations over the next month that will preclude completion of the response on January 27, or in February. Some (though not all) of these obligations include: Plaintiff's counsel (Elizabeth Wang) is preparing for trial in *Frasier v. Evans*, No. 15-cv-1759-REB-KLM (D. Colo.), which is set for February 27, 2023, and currently in the midst of preparation of pretrial materials such as the Final Pretrial Order, exhibit and witness lists, jury instructions and motions *in limine* briefing. Plaintiff's counsel also has a Tenth Circuit brief due in *Epps, et al. v. Budaj, et al.*, No. 22-1365 (10th Cir.), on February 6, 2023, and *Daubert* motions due in *Cruz v. City and County of Denver, et al.*, No. 21-cv-3388-KLM (D. Colo.), on February 1, 2023. Plaintiff's other counsel (David B. Owens) has *Daubert* and other motions due on January 20, 2023, in *Fatai* v. *City and County of Honolulu*, 19CV603 (D. Haw.), responses to three post-trial motions in *Gillispie v. Miami Township*, 13CV416 (S.D. Ohio) due on January 24, 2023, and an appellate brief due in Washington state court in *Apolo-Albino v. State of Washington*, No. 835521 (Div. I) on January 30, 2023.

5.     This request is not being submitted to unduly delay or prejudice any party but to ensure that Plaintiff has an adequate opportunity to present a fulsome response to Defendants' 54-page motion seeking the entire dismissal of this important civil rights suit.

                                        Respectfully submitted,

2

|   |   |
|---|---|
| 1 | /s/ Elizabeth Wang |
| 2 | Elizabeth Wang |
| 3 | Counsel for Plaintiff |
| 4 | /s/ Craig R. Anderson |
| 5 | Craig R. Anderson |
|   | Counsel for Defendants |

David B. Owens*
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff*

Elizabeth Wang*
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
*Counsel for Plaintiff*
*Admitted pro hac vice

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Craig R. Anderson, Esq.
Marquis Aurbach Coffing
Nevada Bar No. 6882
10001 Park Run Dr.
Las Vegas, NV 89145
*Counsel for Defendants*

IT IS SO ORDERED:

_____
KENT J. DAWSON
United States District Judge

DATE: 1/24/2023

<u>Certificate of Service</u>

I, Elizabeth Wang, an attorney, certify the foregoing was filed on January 13, 2023 via the Court's electronic filing system, which effected service on all counsel of record.

<u>/s/ Elizabeth Wang</u>

4