**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants LVMPD, Lt. Jolley, Det. Bunker, Det. Leonard, Ofc. Branon, Ofc. Radcliff, and Horn*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; *EX REL*, BETTIE BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LT. GREG JOLLEY; LT. JOHN CONNER; SGT. F. JERGOVIC; SGT. C. ALBERT; DETECTIVE SGT. MICHAEL BUNKER, #653; DETECTIVE SGT. T. ROSEN; DETECTIVE ROBERT LEONARD, P#471; DETECTIVE H. OREN; DETECTIVE BERT LEVOS, #144; DETECTIVE THORTON; OFFICER GREGORY BRANON, P#2187; OFFICER GARY CALDWELL, P#2301; OFFICER DAVID RADCLIFF, P#2191; OFFICER R. ROBERTSON, P#120; and IDENTIFICATION SPECIALIST DAVID R. HORN, #C1928,<br><br>Defendants. | CASE NO. 2:20-cv-01381-KJD-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (FIRST REQUEST)**

Plaintiffs, by and through their attorney of record, David B. Owens, Esq. and Elizabeth Wang, Esq. of Loevy & Loevy, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby agree to jointly stipulate to the following:

1. On March 1, 2023, Plaintiffs filed a Motion for Leave to Amend Complaint. (ECF No. 64)

MAC:14687-301 5012824_1 3/6/2023 4:09 PM

2. The parties stipulate that the deadline for Defendants to respond to Plaintiffs' Motion for Leave to Amend Complaint be extended from March 15, 2023 to March 31, 2023.

3. This Stipulation is brought in good faith. Defense counsel has a scheduled vacation for the week of March 12 through 17, 2023, and will be out of the state.

IT IS SO STIPULATED this 6th day of March, 2023.

| MARQUIS AURBACH | LOEVY & LOEVY |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for LVMPD Defendants | By: *s/David B. Owens*<br>Elizabeth Wang, Esq.<br>2060 Broadway, Ste. 460<br>Boulder, Colorado 80302<br>*Admitted pro hac vice<br><br>David B. Owens, Esq.<br>Loevy & Loevy c/o<br>Civil Rights and Justice Clinic<br>University of Washington Law School<br>William H. Gates Hall, Suite 265<br>P.O. Box 85110<br>Seattle, Washington 98145-1110<br>Attorney for Plaintiffs<br>*Admitted pro hac vice |

## ORDER

IT IS SO ORDERED the deadline for Defendants to file their Opposition to Plaintiffs' Motion for Leave to Amend Complaint be extended sixteen (16) days from March 15, 2023 to March 31, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-7-2023

MAC:14687-301 5012824_1 3/6/2023 4:09 PM