**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants LVMPD, Lt. Jolley, Det. Bunker, Det. Leonard, Ofc. Branon, Ofc. Radcliff, and Horn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; *EX REL*, BETTIE BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LT. GREG JOLLEY; LT. JOHN CONNER; SGT. F. JERGOVIC; SGT. C. ALBERT; DETECTIVE SGT. MICHAEL BUNKER, #653; DETECTIVE SGT. T. ROSEN; DETECTIVE ROBERT LEONARD, P#471; DETECTIVE H. OREN; DETECTIVE BERT LEVOS, #144; DETECTIVE THORTON; OFFICER GREGORY BRANON, P#2187; OFFICER GARY CALDWELL, P#2301; OFFICER DAVID RADCLIFF, P#2191; OFFICER R. ROBERTSON, P#120; and IDENTIFICATION SPECIALIST DAVID R. HORN, #C1928,<br><br>Defendants. | CASE NO. 2:20-cv-01381-KJD-VCF |

### STIPULATION AND ORDER TO STAY SUMMARY JUDGMENT BRIEFING PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT (FIRST REQUEST)

Plaintiffs, by and through their attorney of record, David B. Owens, Esq. and Elizabeth Wang, Esq. of Loevy & Loevy, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby agree and jointly stipulate to Stay the briefing on Defendants' Motion for Summary Judgment (ECF No. 61) until after the Court has ruled upon

MAC:14687-301 5012882_1 3/6/2023 4:17 PM

Plaintiffs' Motion to Amend Complaint (ECF No. 64). This request is brought in good faith with the intention of promoting judicial economy. The requested stipulation is based on the following:

1. The parties have completed discovery.

2. On January 26, 2023, Defendants filed a Motion for Summary Judgment on all claims. (ECF No. 61.)

3. By way of stipulation and order, the Plaintiffs' current deadline to respond to the Defendants' Motion for Summary Judgment is March 10, 2023. (ECF No. 63.)

4. On March 1, 2023, Plaintiffs filed a Motion for Leave to Amend Complaint. (ECF No. 64.)

5. The Defendants are in the process of drafting an opposition to Plaintiffs' Motion for Leave to Amend Complaint.

6. Plaintiffs' Motion for Leave to Amend Complaint potentially impacts the Defendants' pending Motion for Summary Judgment.

7. If the Plaintiffs' Motion for Leave to Amend Complaint is granted, the Defendants will respond to the Amended Complaint, will determine whether additional discovery is required on the new claims, and whether they need to supplement their Motion for Summary Judgment.

8. If the Plaintiffs' Motion for Leave to Amend Complaint is denied, then the parties can meet and confer within 15-days of the denial and propose a new briefing schedule to the Court.

9. Because the Plaintiffs' Motion for Leave to Amend Complaint could impact the arguments in Defendants' Motion for Summary Judgment, the parties agree that for judicial economy purposes it is best to Stay the dispositive motion briefing.

/ / /

/ / /

/ / /

MAC:14687-301 5012882_1 3/6/2023 4:17 PM

10. This request is not being submitted to unduly delay or prejudice any party but to protect the Court from wasting time and resources in evaluating the Defendants' current Motion for Summary Judgment when the Plaintiffs' Motion for Leave to Amend may impact the same.

IT IS SO STIPULATED this 6th day of March, 2023.

| MARQUIS AURBACH | LOEVY & LOEVY |
|---|---|
| By: *s/Craig R. Anderson*<br>　Craig R. Anderson, Esq.<br>　Nevada Bar No. 6882<br>　10001 Park Run Drive<br>　Las Vegas, Nevada 89145<br>　Attorneys for LVMPD Defendants | By: *s/David B. Owens*<br>　Elizabeth Wang, Esq.<br>　2060 Broadway, Ste. 460<br>　Boulder, Colorado 80302<br>　*Admitted pro hac vice<br><br>　David B. Owens, Esq.<br>　Loevy & Loevy c/o<br>　Civil Rights and Justice Clinic<br>　University of Washington Law School<br>　William H. Gates Hall, Suite 265<br>　P.O. Box 85110<br>　Seattle, Washington 98145-1110<br>　Attorney for Plaintiffs<br>　*Admitted pro hac vice |

## ORDER

IT IS SO ORDERED that the briefing schedule regarding Defendants' Motion for Summary Judgment (ECF No. 61) is STAYED pending resolution of Plaintiff's Motion for Leave to Amend Complaint (ECF No. 64).

IT IS SO ORDERED that the Parties will meet and confer and file a Status Report with the Court withing 15-days of the Court ruling on Plaintiff's Motion for Leave to Amend Complaint (ECF No. 61).

Dated: 3/8/2023

United States District Court Judge

MAC:14687-301 5012882_1 3/6/2023 4:17 PM