David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff Paul Browning*

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| PAUL LEWIS BROWNING, | Case No. 2:20-CV-01381-KJD-VCF |
|---|---|
| Plaintiff, | Hon. Kent J. Dawson |
|  | Hon. Cam Ferenbach |
| v. |  |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT *et al.*, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| Defendants. | (First Request) |

Pursuant to Local Rule IA 6-1, the parties, by and through their counsel of record, hereby agree and stipulate that the time for Bettie Browning, Administrator of the Estate of Paul Browning, to file her reply in support of Plaintiff's Motion for Leave to Amend Complaint (ECF No. 64), which was filed on March 1, 2023, should

be extended by one week—from April 7, until and including April 14, 2023. The following grounds constitute good cause:

1.  On March 1, 2023, Plaintiff filed a Motion for Leave to File an Amended Complaint (ECF No. 64). Pursuant to Local Rule 7-2(b), Defendants' response was due on March 15, 2023.

2.  On March 6, 2023, Defendants filed a stipulation extending the deadline to file their response from March 15, 2023 to March 31, 2023 (ECF No. 65).

3.  While Plaintiff's counsel have endeavored to file their reply by the current deadline of April 7, 2023, they are occupied with other time-sensitive matters, including an appellate brief in *Lobato v. LVMPD* - due on April 5, 2023 - along with an appellate brief in *Apolo-Albino v. State of Washington* and a reply brief in *Simmers v. King County*, both due on April 6, 2023.

4.  This stipulation is not brought for any improper purpose, but rather to ensure that both sides to this matter are permitted the benefit of appropriate review of relevant evidence and the time to clearly and adequately lay out the issues for the Court's resolution.

5.  Plaintiff's counsel have conferred with counsel for Defendants, and the parties have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that Plaintiff's deadline to file the reply in support of the Motion for Leave to Amend Complaint should be extended until April 14, 2023. This stipulation is made in good faith and not for the purpose of delay.

                                        Respectfully submitted,

                                        /s/ David B. Owens
                                        One of Plaintiff's Attorneys

                                        /s/ Craig Anderson
                                        One of Defendants' Attorneys

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Plaintiff shall have until April 14, 2023, to file a reply in support of the Motion for Leave to Amend Complaint.

DATED this ⁴ᵗʰ day of April 2023.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

3

**Certificate of Service**

I, David B. Owens, an attorney, certify the foregoing was filed on April 4, 2023, via the Court's electronic filing system, which effected service on all counsel of record.

/s/ David B. Owens