**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   *Attorneys for Defendants LVMPD, Lt. Jolley, Det. Bunker, Det. Leonard, Ofc. Branon, Ofc. Radcliff, and Horn*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; *EX REL*, BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>                  Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LT. GREG JOLLEY; LT. JOHN CONNER; SGT. F. JERGOVIC; SGT. C. ALBERT; DETECTIVE SGT. MICHAEL BUNKER, #653; DETECTIVE SGT. T. ROSEN; DETECTIVE ROBERT LEONARD, P#471; DETECTIVE H. OREN; DETECTIVE BERT LEVOS, #144; DETECTIVE THORTON; OFFICER GREGORY BRANON, P#2187; OFFICER GARY CALDWELL, P#2301; OFFICER DAVID RADCLIFF, P#2191; OFFICER R. ROBERTSON, P#120; and IDENTIFICATION SPECIALIST DAVID R. HORN, #C1928,<br><br>                  Defendants. | CASE NO. 2:20-cv-01381-KJD-VCF<br><br>**STIPULATION AND ORDER WITHDRAWING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SETTING NEW DISPOSITIVE MOTION DEADLINES** |

      Pursuant to this Court's Order (ECF No. 73), Plaintiffs, by and through their attorney of record, David B. Owens, Esq. and Elizabeth Wang, Esq. of Loevy & Loevy, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby jointly stipulate to extend the following dispositive motion deadlines:

**BACKGROUND**

      1.     Discovery in this case ended on August 12, 2022.

2. On January 6, 2023, Defendants filed their Motion for Summary Judgment. (ECF No. 61).

3. The Defendants also filed a Motion for Leave to File Excess Pages. (ECF No. 60)

4. On March 1, 2023, before Plaintiff filed her Opposition to Defendants' Motion for Summary Judgment, Plaintiff filed a Motion for Leave to Amend Complaint. (ECF No. 64)

5. Considering Plaintiff's Motion to Amend Complaint, the parties submitted a Stipulation and Order to Stay Summary Judgment Briefing Pending Resolution of Plaintiff's Motion for Leave to Amend Complaint. (ECF No. 68)

6. On May 10, 2023, this Court granted Plaintiff's Motion to Amend her complaint. (ECF No. 73)

7. On May 11, this Court granted Defendants' Motion for Leave to File Excess Pages. (ECF No. 76)

8. On May 11, 2023, Plaintiff filed her Second Amended Complaint ("SAC"). (ECF No. 74)

9. The Defendants have reviewed the SAC and conferred with Plaintiff's counsel regarding her scope of the SAC. Both parties agree that no additional discovery is required.

**STIPULATION AND ORDER**

1. The Defendants will file their Answer to the SAC on or before May 25, 2023.

2. The Defendants will withdraw their original Motion for Summary Judgment [#61].

3. The Defendants' deadline to file a new Motion for Summary Judgment that includes Plaintiff will be due on **June 19, 2023.**

4. Plaintiff's Opposition to Defendants' Motion for Summary Judgment will be due on **July 17, 2023.**

5. Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment will be due on **July 31, 2023.**

MAC:14687-301 5091170_1 5/16/2023 3:51 PM

6. The parties agree that this Court's Order granting Defendants' Motion for Leave to File Excess pages (ECF No. 60) applies to the Defendants' new Motion for Summary Judgment when filed.

IT IS SO STIPULATED this 17th day of May, 2023.

| MARQUIS AURBACH | LOEVY & LOEVY |
|---|---|
| By: *s/Craig R. Anderson*<br>    Craig R. Anderson, Esq.<br>    Nevada Bar No. 6882<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorneys for LVMPD Defendants | By: *s/David B. Owens*<br>    Elizabeth Wang, Esq.<br>    2060 Broadway, Ste. 460<br>    Boulder, Colorado 80302<br>    *Admitted pro hac vice<br><br>    David B. Owens, Esq.<br>    Loevy & Loevy c/o<br>    Civil Rights and Justice Clinic<br>    University of Washington Law School<br>    William H. Gates Hall, Suite 265<br>    P.O. Box 85110<br>    Seattle, Washington 98145-1110<br>    Attorney for Plaintiffs<br>    *Admitted pro hac vice |

### ORDER

IT IS SO ORDERED that the briefing schedule regarding dispositive motions is as follows:

1. Defendants' Motion for Summary Judgment will be due on June 19, 2023.

2. Plaintiff's Opposition to Defendants' Motion for Summary Judgment will be due on July 17, 2023.

3. Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment will be due on July 31, 2023.

5/17/2023  _____
United States District Court Judge

MAC:14687-301 5091170_1 5/16/2023 3:51 PM