**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; EX REL, BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LT. GREG JOLLEY; LT. JOHN CONNER; SGT. F. JERGOVIC; SGT. C. ALBERT; DETECTIVE SGT. MICHAEL BUNKER, #653; DETECTIVE SGT. T. ROSEN; DETECTIVE ROBERT LEONARD, P#471; DETECTIVE H. OREN; DETECTIVE BERT LEVOS, #144; DETECTIVE THORTON; OFFICER GREGORY BRANON, P#2187; OFFICER GARY CALDWELL, P#2301; OFFICER DAVID RADCLIFFE, P#2191; OFFICER R. ROBERTSON, P#120; and IDENTIFICATION SPECIALIST DAVID R. HORN, #C1928,<br><br>Defendant(s). | 2:20-cv-1381-KJD-VCF<br><br>**ORDER** |

Before the Court is the motion to correct spelling of name of plaintiff Betty Browning (ECF No. 75).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that the motion to correct spelling of name of plaintiff Betty Browning (ECF No. 75), is GRANTED.

1

1  The Clerk of Court is directed to correct the spelling of Plaintiff's name "Bettie" to "Betty" on the
2  docket.
3  DATED this 5th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE