UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| The Estate of Paul Lewis Browning, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Las Vegas Metropolitan Police Department, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01381-KJD-VCF<br><br>**ORDER** |

Presently before the Court is Plaintiffs' and Defendants' Stipulation to Extend Deadline for Response to Motion for Summary Judgment (#82). The parties are seeking to extend Plaintiffs' time to respond to Defendants' Motion for Summary Judgment and Defendants' time to reply. (#82). Having read and considered the stipulation, and good cause having been found, the stipulation is hereby **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs will have until and including **July 24, 2023**, to file a response.

**IT IS FURTHER ORDERED** that Defendants will have until and including **August 14, 2023**, to file a reply.

Dated this 14th day of July 2023.

Kent J. Dawson
United States District Judge