David B. Owens
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
Counsel for Plaintiff Paul Browning

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
Designated Resident Nevada Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

| BROWNING,<br><br>Plaintiff,<br><br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>Defendants. | Case No. 2:20-CV-01381-KJD-VCF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO (REFILED) DISPOSITIVE MOTION**<br><br>(Second Request) |
|---|---|

    Now comes Betty Browning, Administrator of the Estate of Paul Browning, and Defendants, by and through their respective undersigned counsel, hereby and stipulate and agree that the response deadline for Plaintiff's response to Defendants' motion for summary judgment should be extended by one additional week, to July 31, 2023, and state as follows:

1. Defendants refiled their motion for summary judgment on June 16, 2023. Dkt. 81.

2. The parties previously stipulated to and the Court granted one previous extension of one week for the filing of Plaintiff's response to summary judgment. Dkts. 82, 83. The response is currently due on July 24, 2023. Dkt. 83.

3. Plaintiff's counsel is diligently working on the summary judgment response. However, an unexpected issue has arisen that will make it difficult for counsel to complete the motion by the current deadline of Monday, July 24, and Plaintiff requests one additional week, until Monday, July 31, 2023.

4. Specifically, in one of Plaintiff's counsel's other cases, *Torres, et al. v. Los Angeles Sheriff's Dept.*, 2:22-cv-7450 (C.D. Cal.), the deposition of the main defendant is scheduled for Monday, July 24, 2023. The lead attorney representing Plaintiff was scheduled to take the deposition but now cannot do so because his wife's baby is arriving earlier than expected. She was in the hospital and has ongoing medical appointments and care due to the imminent birth. Moreover, the deposition cannot be rescheduled or postponed because the defendant is terminally ill and has surgery scheduled in the day or two after the deposition is scheduled to take place. Thus, undersigned Plaintiff's counsel (Elizabeth Wang), has to step in to take that deposition in that case on Monday, July 24.

5. Good cause exists for granting this one-week extension of time, as described above.

6. This request is not being submitted to unduly delay or prejudice any party but to ensure that Plaintiff has an adequate opportunity to present a fulsome response to Defendants' 54-page motion.

Respectfully submitted,

/s/ Elizabeth Wang

|  |  |
|---|---|
|  | Elizabeth Wang<br>Counsel for Plaintiff<br><br>/s/ Craig R. Anderson<br>Craig R. Anderson<br>Counsel for Defendants |

David B. Owens*  
California Bar No. 275030  
david@loevy.com  
Loevy & Loevy  
100 S. King St., Ste 100  
Seattle, WA 98104  

Elizabeth Wang*  
Loevy & Loevy  
2060 Broadway, Ste. 460  
Boulder, CO 80302  
*Admitted pro hac vice  
*Counsel for Plaintiff*

Luke A. Busby, ESQ  
Nevada Bar No. 10319  
Luke Andrew Busby, Ltd.  
316 California Ave # 82  
Reno, Nevada 89509  
luke@lukeandrewbusbyltd.com  
*Designated Resident Nevada Counsel for Plaintiff*

Craig R. Anderson, Esq.  
Marquis Aurbach Coffing  
Nevada Bar No. 6882  
10001 Park Run Dr.  
Las Vegas, NV 89145  
*Counsel for Defendants*

### ORDER

IT IS SO ORDERED that, based on the parties' Stipulation, and for good cause as described therein, Plaintiff's response to Defendants' motion for summary judgment will be due on July 31, 2023.

_____  
United States District Judge

**Certificate of Service**

I, Elizabeth Wang, an attorney, certify the foregoing was filed on July 19, 2023 via the Court's electronic filing system, which effected service on all counsel of record.

/s/ Elizabeth Wang