David B. Owens*
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff*
*Admitted *pro hac vice*

Luke A. Busby, Esq.
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING EX REL. BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:20-CV-01381-KJD-VCF<br><br><br>**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT GREG JOLLEY** |

NOW COMES Plaintiff Betty Browning, Administrator of the Estate of Paul Browning, by and through her counsel, and hereby moves for all claims against Defendant Greg Jolley, as alleged in Plaintiff's Second Amended Complaint, to be dismissed without prejudice. This request is made pursuant to Federal Rule of Civil Procedure 41(a)(2), under which this Court has the authority to dismiss an action at the Plaintiff's request. Nothing in this motion is intended to change or affect Plaintiff's claims against the remaining Defendants, as stated in her Second Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| s/ David B. Owens | Elizabeth Wang* |
| David B. Owens* | Loevy & Loevy |
| California Bar No. 275030 | 2060 Broadway, Ste. 460 |
| david@loevy.com | Boulder, CO 80302 |
| Loevy & Loevy | *Admitted pro hac vice |
| 100 S. King St., Ste 100 | *Counsel for Plaintiff* |
| Seattle, WA 98104 | |

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Craig R. Anderson, Esq.
Marquis Aurbach Coffing
Nevada Bar No. 6882
10001 Park Run Dr.
Las Vegas, NV 89145
*Counsel for Defendants*

## ORDER

IT IS SO ORDERED that, based on the foregoing motion, and for good cause as described therein, Greg Jolley is dismissed from this matter.

08/08/2023

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, certify the foregoing was filed on August 2, 2023 via the Court's electronic filing system, which effected service on all counsel of record.

/s/ David B. Owens