David B. Owens*
California Bar No. 275030
david@loevy.com
Loevy & Loevy
100 S. King St., Ste 100
Seattle, WA 98104
*Counsel for Plaintiff*
*Admitted *pro hac vice*

Luke A. Busby, Esq.
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| THE ESTATE OF PAUL LEWIS BROWNING EX REL. BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING, <br><br> Plaintiff, <br><br> v. <br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:20-CV-01381-KJD-VCF <br><br><br> **PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT IN RESPONSE TO LVMPD, LT. JOLLEY, DET. BUNKER, DET. LEONARD, OFC. BRANON, OFC. RADCLIFFE, AND DAVID HORN'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

Plaintiff Betty Browning respectfully requests that the Court grant her leave to file a response brief to LVMPD, Lt. Jolley, Det. Bunker, Det. Lenoard, Ofc. Branon, Ofc. Radcliffe, and David Horn's Motion for Summary Judgment exceeding the limitations set forth in the Local Rules by 42 pages.

In support of this motion, Plaintiff submits the attached Declaration of David B. Owens.

WHEREFORE, Plaintiff requests that the Court grant her motion to file a response brief of 72 pages to Defendants' motion for summary judgment.

Respectfully submitted,

| | |
|---|---|
| s/ David B. Owens | Elizabeth Wang* |
| David B. Owens* | Loevy & Loevy |
| California Bar No. 275030 | 2060 Broadway, Ste. 460 |
| david@loevy.com | Boulder, CO 80302 |
| Loevy & Loevy | *Admitted pro hac vice |
| 100 S. King St., Ste 100 | *Counsel for Plaintiff* |
| Seattle, WA 98104 | |

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Craig R. Anderson, Esq.
Marquis Aurbach Coffing
Nevada Bar No. 6882
10001 Park Run Dr.
Las Vegas, NV 89145
*Counsel for Defendants*

### ORDER

IT IS SO ORDERED that, based on the foregoing motion, and for good cause as described therein, Plaintiff may submit a brief no longer than 72 pages in response LVMPD, Lt. Jolley, Det. Bunker, Det. Lenoard, Ofc. Branon, Ofc. Radcliffe, and David Horn's Motion for Summary Judgment.

Date: August 28, 2023

_____
United States District Judge

2

**CERTIFICATE OF SERVICE**

I, David B. Owens, an attorney, certify the foregoing was filed on August 3, 2023 via the Court's electronic filing system, which effected service on all counsel of record.

/s/ David B. Owens

3