**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants LVMPD, Lt. Jolley, Det. Bunker, Det. Leonard, Ofc. Branon, Ofc. Radcliff, and Horn*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; *EX REL*, BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LT. GREG JOLLEY; LT. JOHN CONNER; SGT. F. JERGOVIC; SGT. C. ALBERT; DETECTIVE SGT. MICHAEL BUNKER, #653; DETECTIVE SGT. T. ROSEN; DETECTIVE ROBERT LEONARD, P#471; DETECTIVE H. OREN; DETECTIVE BERT LEVOS, #144; DETECTIVE THORTON; OFFICER GREGORY BRANON, P#2187; OFFICER GARY CALDWELL, P#2301; OFFICER DAVID RADCLIFF, P#2191; OFFICER R. ROBERTSON, P#120; and IDENTIFICATION SPECIALIST DAVID R. HORN, #C1928,<br><br>Defendants. | CASE NO. 2:20-cv-01381-KJD-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 92) (FIRST REQUEST)**

Plaintiffs, by and through their attorney of record, David B. Owens, Esq. and Elizabeth Wang, Esq. of Loevy & Loevy, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby agree to jointly stipulate to the following:

1. On June 16, 2023, Defendants filed a Motion for Summary Judgment. (ECF No. 81)

2. On August 3, 2023, Plaintiffs filed an Opposition to Defendants' Motion for Summary Judgment. (ECF No. 91)

3. On August 9, 2023, Plaintiffs filed a Corrected Opposition to Defendants' Motion for Summary Judgment. (ECF No. 93)

4. The parties stipulate that the deadline for Defendants to respond to Plaintiffs' Opposition to Motion for Summary Judgment be extended from August 17, 2023 to August 31, 2023.

5. This Stipulation is brought in good faith. Defense counsel has several appellate deadlines and Marquis Aurbach is doing remodeling the week of August 14, 2023 which will force defense counsel out of the office for a couple of days.

IT IS SO STIPULATED this 9th day of August, 2023.

| MARQUIS AURBACH | LOEVY & LOEVY |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for LVMPD Defendants | By: *s/David B. Owens* <br> Elizabeth Wang, Esq. <br> 2060 Broadway, Ste. 460 <br> Boulder, Colorado 80302 <br> *Admitted pro hac vice <br><br> David B. Owens, Esq. <br> Loevy & Loevy c/o <br> Civil Rights and Justice Clinic <br> University of Washington Law School <br> William H. Gates Hall, Suite 265 <br> P.O. Box 85110 <br> Seattle, Washington 98145-1110 <br> Attorney for Plaintiffs <br> *Admitted pro hac vice |

### ORDER

IT IS SO ORDERED the deadline for Defendants to file their Reply to Plaintiffs' Opposition to Motion for Summary Judgment be extended from August 17, 2023 to August 31, 2023.

Date: August 28, 2023

_____
United States District Court Judge

MAC:14687-301 5184054_1 8/9/2023 4:17 PM