Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

| | |
|---|---|
| Elizabeth Wang* | David B. Owens* |
| Loevy & Loevy | Loevy & Loevy c/o |
| 2060 Broadway, Ste. 460 | Civil Rights and Justice Clinic |
| Boulder, CO 80302 | University of Washington Law School |
| O: 720.328.5642 | William H. Gates Hall, Suite 265 |
| elizabethw@loevy.com | P.O. Box 85110 |
| *Admitted pro hac vice | Seattle, WA 98145-1110 |
| | david@loevy.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; EX REL. BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING, <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., <br><br> Defendants. | Case No. 2:20-cv-1381-KJD-MDC <br><br> **(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 81]** |

Having read and considered Defendants' Motion for Summary Judgment [Dkt. 81], the Court finds that Defendants are the prevailing party on all of Plaintiff's claims. Defendants' motion is granted.

IT IS SO ORDERED.

_____          _____
Date                                          United States District Judge Kent J. Dawson

1

**CERTIFICATE OF SERVICE**

    I, Elizabeth Wang, an attorney, hereby certify that on March 27, 2024, I filed the foregoing proposed order using the Court's CM/ECF system, which effectuated service on all counsel of record.

                                      /s/ Elizabeth Wang
                                   *One of Plaintiff's Attorneys*