AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:20-cv-01381-KJD-MDC |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff.

| | |
|---|---|
| 3/29/2024 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Callo |
| | Deputy Clerk |