Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 280
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Admitted pro hac vice

David B. Owens*
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
david@loevy.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

THE ESTATE OF PAUL LEWIS BROWNING; EX REL. BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,

Defendants.

Case No. 2:20-cv-1381-KJD-MDC

**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE JOINT PRETRIAL ORDER**

Now come Plaintiff and Defendants, through their respective counsel, and hereby jointly move for an extension of time to file the Joint Pretrial Order, for the following reasons:

1. On July 8, 2026, the Ninth Circuit issued its decision affirming in part and reversing in part the Court's order on summary judgment.

2. The mandate issued on August 4, 2026. Dkt. 113.

3. The scheduling order entered in this case states, "If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order." Dkt. 33.

4. Given that there was an appeal in this case, the parties interpret the scheduling order to mean that the joint pretrial order is due 30 days from the date of the mandate, which would be September 3, 2026.

5. The parties respectfully request that the Court extend the deadline for the filing of the joint pretrial order by approximately five (5) weeks, to October 9, 2026. The reason for this extension is because counsel for the Defendants has a trial in another case scheduled from August 24 to October 1, 2026, and counsel for the Plaintiff has a previously planned vacation schedule at the end of August and early September.

6. No parties will be prejudiced by granting this joint request for an extension.

7. In the joint pretrial order, the parties will request a date for trial, which is expected to take approximately 5 trial days.

Respectfully submitted,

s/ Elizabeth Wang

Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*admitted *pro hac vice*

David B. Owens*
Loevy & Loevy c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
david@loevy.com

s/ Craig R. Anderson
Marquis Aurbach Coffing
Nevada Bar No. 6882
10001 Park Run Dr.
Las Vegas, NV 89145
*Counsel for Defendants*

STIPULATION
Accordingly, Plaintiff and Defendants, through counsel, hereby stipulate as follows: The time for filing the joint pretrial order is extended up to and including October 9, 2026.

IT IS SO ORDERED

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
8-24-26

**CERTIFICATE OF SERVICE**

I, Elizabeth Wang, an attorney, hereby certify that on August 11, 2026, I filed the foregoing using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Elizabeth Wang
*One of Plaintiff's Attorneys*