Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
Designated Resident Nevada
*Counsel for Plaintiff*

David B. Owens*
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
david@loevy.com

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 280
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Admitted pro hac vice

Marquis Aurbach
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| THE ESTATE OF PAUL LEWIS BROWNING; EX. REL. BETTY BROWNING, ADMINISTRATOR OF THE ESTATE OF PAUL LEWIS BROWNING,<br><br>Plaintiff,<br><br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-01381-KJD-MDC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE JOINT PRETRIAL ORDER**<br><br>(Second Request) |

Now come Plaintiff and Defendants, through their respective counsel, and hereby jointly move for an extension of time to file the Joint Pretrial Order, for the following reasons:

1. The deadline to file the pretrial order is currently October 9, 2026. Dkt. 115.

2. The parties now seek to move the deadline by 8 weeks, to December 4, 2026.

3. This extension is warranted because undersigned counsel for Defendants is in an 8-week trial, which is expected to conclude by October 2, 2026. After that date, the parties intend to engage in mediation in an attempt to resolve this matter short of trial, which would eliminate the need for a pretrial order.

Respectfully submitted,

/s/ Elizabeth Wang
Elizabeth Wang
Counsel for Plaintiff

/s/Craig R. Anderson
Craig R. Anderson
Counsel for Defendants

Luke A. Busby, ESQ
Nevada Bar No. 10319
Luke Andrew Busby, Ltd.
316 California Ave # 82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
Designated Resident Nevada
*Counsel for Plaintiff*

David B. Owens*
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 280
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Admitted pro hac vice

Marquis Aurbach
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711

William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
david@loevy.com

Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants*

**STIPULATION**

Accordingly, Plaintiff and Defendants, through counsel, hereby stipulate as follows:

The time for filing the joint pretrial order is extended up to and including December 4, 2026.

______________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
9-23-26

**CERTIFICATE OF SERVICE**

I, Elizabeth Wang, an attorney certify that on September 16, 2026 I filed the foregoing via the Court's CM/ECF system, effecting service on all counsel of record.

/s/ Elizabeth Wang
*Attorney for Plaintiff*